AךrHony BRizAR 301175
_____
Name and Prisoner/Booking Number
Pincon P.O.Box 24403 85734
_____
Place of Confinement
1000 WALNOT
_____
Mailing Address
Tucson 85734
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED _____ LODGED _____
RECEIVED _____ COPY

AUG 2 0 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Anthony BRizAR
_____,
(Full Name of Petitioner)

Petitioner,

v.

_____,
(Name of the Director of the Department of
Corrections, Jailor or authorized person having custody
of Petitioner),

Respondent,
and
The Attorney General of the State of _____,

Additional Respondent.

CASE NO. CV–24–414–TUC–JAS--MSA
_____
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

### PETITION

1. (a)  Name and location of court that entered the judgment of conviction you are challenging: _____
PcT Jail
_____
_____

    (b)  Criminal docket or case number: _____

2. Date of judgment of conviction: 11 years Back
_____

3. In this case, were you convicted on more than one count or crime?    Yes ☑    No ☐

Revised 3/15/16                                      1

**530**

4. Identify all counts and crimes for which you were convicted and sentenced in this case: _____
   26 counts of sex convictions
   and two _____

5. Length of sentence for each count or crime for which you were convicted in this case: 2 years
   in prison one in jail 4years in prison
   and life time probation plus Ankel monter

6. (a) What was your plea?
   Not guilty ☐
   Guilty ☒
   Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give
   details: I said did it because I got plovak _____
   _____
   _____

   (c) If you went to trial, what kind of trial did you have?   (Check one) Jury ☒ Judge only ☐

7. Did you testify at the trial?        Yes ☐        No ☒

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☐      No ☒

   If yes, answer the following:

   (a) Date you filed: _____

   (b) Docket or case number: _____

   (c) Result: _____

   (d) Date of result: _____

   (e) Grounds raised: _____
   _____
   _____
   _____
   _____

   Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.

2

9.  Did you appeal to the Arizona Supreme Court?  Yes ☐    No ☑

    If yes, answer the following:

    (a)  Date you filed: _____

    (b)  Docket or case number: _____

    (c)  Result: _____

    (d)  Date of result: _____

    (e)  Grounds raised: _____
    _____
    _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☑

    If yes, answer the following:

    (a)  Date you filed: _____

    (b)  Docket or case number: _____

    (c)  Result: _____

    (d)  Date of result: _____

    (e)  Grounds raised: _____
    _____
    _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?  Yes ☐    No ☑

    If yes, answer the following:

3

(a)  First Petition.

(1)  Date you filed: _7-12-24_____

(2)  Name of court: _Maricopa_____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)  Docket or case number: _____

(5)  Result: _____

(6)  Date of result: _____

(7)  Grounds raised: _____
_____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b)  Second Petition.

(1)  Date you filed: _____

(2)  Name of court: _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)  Docket or case number: _____

(5)  Result: _____

(6)  Date of result: _____

(7)  Grounds raised: _____
_____
_____
_____
_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

4

(c)  Third Petition.

(1)  Date you filed: 7-12-24 _____

(2)  Name of court: Maricopa _____

(3)  Nature of the proceeding (Rule 32, special action or habeas corpus): _____

(4)  Docket or case number: _____

(5)  Result: _____

(6)  Date of result: _____

(7)  Grounds raised: _____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(d)  Did you appeal the action taken on your petition, application, or motion to the:

|  | Arizona Court of Appeals: | | Arizona Supreme Court: | |
|---|---|---|---|---|
| (1)  First petition: | Yes ☐ | No ☑ | Yes ☐ | No ☑ |
| (2)  Second petition: | Yes ☐ | No ☑ | Yes ☐ | No ☐ |
| (3)  Third petition | Yes ☐ | No ☑ | Yes ☐ | No ☑ |

(e)  If you did not appeal to the Arizona Court of Appeals, explain why you did not: becus
I was going throw stuff like didn't
want to be in jail to stea
stay long
_____
_____

12. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.   State the <u>facts</u> supporting each ground.

**CAUTION:**  To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** I get talk down on All the time for my crime and its All day and All nicing and I was only 18 days thay still said me and why is awish man and why does people I get chardeo to only for who im with yes I chardeo for is underage

(a)  Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

some people dont me mean me

Its Ruff diling with the crime time of dont

(b) Did you present the issue raised in Ground One to the Arizona Court of Appeals?  Yes ☑    No ☑

(c) If yes, did you present the issue in a:
     Direct appeal          ☐
     First petition          ☐
     Second petition      ☐
     Third petition         ☐

(d)  If you did not present the issue in Ground One to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground One to the Arizona Supreme Court?  Yes ☐    No ☑

6

**GROUND TWO:** with frist petition
I will like two sen that
i get out thwrw stuff
and this time
To much time on life time Probation

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):

theres only me going thrw stuff
and i will like a lessor
for my sex charges and i

(b) Did you present the issue raised in Ground Two to the Arizona Court of Appeals? Yes ☑    No ☐

(c) If yes, did you present the issue in a:
        Direct appeal          ☐
        First petition          ☑
        Second petition      ☐
        Third petition         ☐

(d) If you did not present the issue in Ground Two to the Arizona Court of Appeals, explain why: _____

(e) Did you present the issue raised in Ground Two to the Arizona Supreme Court? Yes ☑    No ☐

7

**GROUND THREE**: I dont wont to get life Jime probation

(a)  Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) Did you present the issue raised in Ground Three to the Arizona Court of Appeals?   Yes ☐          No ☐

(c) If yes, did you present the issue in a:
        Direct appeal            ☐
        First petition            ☐
        Second petition          ☐
        Third petition           ☐

(d)  If you did not present the issue in Ground Three to the Arizona Court of Appeals, explain why: _____
_____
_____
_____

(e) Did you present the issue raised in Ground Three to the Arizona Supreme Court?   Yes ☐          No ☐

8

**GROUND FOUR:** _____

_____

_____

_____

_____

_____

(a)   Supporting FACTS (Do not argue or cite law.   Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b) Did you present the issue raised in Ground Four to the Arizona Court of Appeals?   Yes ☐          No ☐

(c) If yes, did you present the issue in a:
              Direct appeal          ☐
              First petition          ☐
              Second petition        ☐
              Third petition          ☐

(d)   If you did not present the issue in Ground Four to the Arizona Court of Appeals, explain why: _____

_____

_____

_____

(e) Did you present the issue raised in Ground Four to the Arizona Supreme Court?   Yes ☐          No ☐

9

**Please answer these additional questions about this petition:**

13. Have you previously filed any type of petition, application or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐    No ☑

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.   Attach a copy of any court opinion or order, if available: _YES_ _7-12-24_

_BS Jail_

14. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, as to the judgment you are challenging?    Yes ☐    No ☑

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

15. Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?  Yes ☑    No ☐

If yes, answer the following: _For my Bracelet monitor monitor_ _and my probation_

(a) Name and location of the court that imposed the sentence to be served in the future:

_____

(b) Date that the other sentence was imposed: _About 11years back_

(c) Length of the other sentence: _Men Jail of 2 years prison_ _life time probation_

(d) Have you filed, or do you plan to file, any petition challenging the judgment or sentence to be served in the future?    Yes ☑    No ☐

10

16. TIMELINESS OF PETITION: If your judgment of conviction became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2244(d) does not bar your petition.*

Bec I did not wont to do it
Because I did not have
the address now do

*Section 2244(d) provides in part that:

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court.   The limitation period shall run from the latest of-

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

17. Petitioner asks that the Court grant the following relief: No life time probation
Time to be done

or any other relief to which Petitioner may be entitled.  (Money damages are not available in habeas corpus cases.)


I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____(month, day, year).

Anthony Brian
**Signature of Petitioner**


_____          _____
Signature of attorney, if any                        Date